UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:03-CR-119-1F

| United States Of America | ) | |
| :--- | :--- | :--- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Julio Guzman | ) | |

On September 8, 2004, Julio Guzman appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a finding of guilt by jury of Possession of a Firearm and Ammunition by a Convicted Felon in violation of 18 U.S.C. §922(g)(1) was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Julio Guzman was released from custody and the term of supervised release commenced on November 28, 2012.

From evidence presented at the revocation hearing on April 29, 2014, the court finds as a fact that Julio Guzman, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.  Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS RECOMMENDED** that the defendant be designated to serve the sentence at FCI Bennettsville.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of April, 2014.

James C. Fox
Senior U.S. District Judge